443 A.2d 404

Commonwealth v. Isaac, Appellant.

■ Submitted October 21, 1981. Charles A. Cunningham, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.